UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

DERECK TODD MACKIE and
JENNIFER TIFFANY MACKIE             Chapter 7
            Case No. 09-65353-SWR
           Debtor.          Hon: Steven W. Rhodes
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

       The attached check in the amount of $13.48, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 4.95 |
| 4 | PYOD LLC is successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 4.74 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 1.33 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 0.93 |

| | | |
|---|---|---|
| 9 | Recovery Management Systems Corp. for GE Money Bank dba Paypal Plus Credit 25 SE 2nd Ave; Ste. 1120 Miami, FL 33131 | $ 1.53 |
| | **TOTAL:** | **$13.48** |

Dated:   7/28/10                                                   /s/ Stuart A. Gold
                                                                                         Stuart A. Gold, Trustee
                                                                                         24901 Northwestern Hwy., Ste 444
                                                                                         Southfield, MI 48075-2223
                                                                                         (248) 350-8220
                                                                                         stuart.gold@7trustee.net